No. 878. MISSOURI PACIFIC RAILROAD COMPANY *v.* M. S. BALDWIN, SUING BY NEXT FRIEND OF MARCUS BALDWIN. March 1, 1926. Petition for writ of certiorari to the Supreme Court of the State of Texas denied. *Messrs. Joseph D. Frank* and *F. W. Wozencraft* for petitioner. *Mr. S. P. Jones* for respondent.

---

No. 879. YIP WAH AND HARRY TOM *v.* UNITED STATES. March 1, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frank J. Hennessy* and *Marshall B. Woodworth* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 887. NEW YORK CENTRAL RAILROAD COMPANY *v.* WHEELING CAN COMPANY. March 1, 1926. Petition for writ of certiorari to the Supreme Court of Appeals of the State of West Virginia denied. *Mr. John C. Palmer, Jr.* for petitioner. No appearance for respondent.

[Note. This order was vacated and the writ granted by order of April 12, 1926. See *ante,* p. 640.]

---

No. 908. UNITED STATES *v.* LOUISVILLE AND NASH-VILLE RAILROAD COMPANY. March 4, 1926. On petition for writ of certiorari to the Court of Claims. Dismissed on motion of petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, for the United States. No appearance for respondent.

---

No. 867. NORTH GERMAN LLOYD *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Court of Claims denied. *Mr. Edgar W. Hunt* for peti-

tioner.. *Solicitor General Mitchell* and *Assistant Attorney General Letts* for the United States.

No. 869. DUNKLEY COMPANY *v.* CENTRAL CALIFORNIA CANNERIES ET AL. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Fred L. Chappell* and *William S. Hodges* for petitioner. *Messrs. Kemper Campbell* and *Fred K. S. Lyon* for respondents.

No. 880. FEDERAL RESERVE BANK OF SAN FRANCISCO *v.* IDAHO GRIMM ALFALFA SEED GROWERS' ASSOCIATION. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Newton D. Baker* for petitioner. *Mr. Solon B. Clark* for respondent.

No. 881. RILEY FRY AND ERNEST BROWN *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Dore* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

No. 882. ERNEST BROWN *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Dore* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

No. 889. SCOTT DILLINGHAM *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.